UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE


JAMES W. NUCKELS, III                    )
                                         )
v.                                       )          NO. 2:08-CV-153
                                         )
MICHAEL J. ASTRUE,                       )
Commissioner of Social Security          )


# O R D E R

This Social Security matter is before the Court to consider the Report and

Recommendation of the United States Magistrate Judge dated February 10, 2009.  In

that Report and Recommendation, the Magistrate Judge recommends that the

plaintiff's motion for summary judgment, [Doc. 8], be denied, and defendant's motion

for summary judgment, [Doc. 12], be granted.   The Plaintiff has filed objections to

this recommendation, [Doc. 15].  After careful consideration of the record as a whole,

including the Administrative Transcript, and after careful and *de novo* consideration

of the Report and Recommendation of the United States Magistrate Judge, and for the

reasons set out in that   Report and Recommendation, which are incorporated by

reference herein, it is hereby **ORDERED** that the plaintiff's objections are

1

**OVERRULED**, that this Report and Recommendation is **ADOPTED** and **APPROVED**, [Doc. 14], that the plaintiff's motion for summary judgment, [Doc. 8], is **DENIED**, and that defendant's motion for summary judgment, [Doc. 12], is **GRANTED**.

E N T E R:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
_____s/ *Patricia L. McNutt*_____
CLERK OF COURT

2